09-4471-cv
Eileen Venable v. Reed Elsevier, Inc.

## UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of November, two thousand and ten.

PRESENT:

> JOSÉ A. CABRANES,
> DENNY CHIN,
> > *Circuit Judges*,
> STEFAN R. UNDERHILL,
> > *District Judge.*[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EILEEN VENABLE,

> *Plaintiff-Appellant*,

v.                                                                    No. 09-4471

REED ELSEVIER, INC.,

> *Defendant-Appellee.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF-APPELLANT:**          Eileen Venable, *pro se*, Centreville, VA.

-----

[1]The Honorable Stefan R. Underhill of the United States District Court for the District of Connecticut, sitting by designation.

1

**FOR DEFENDANT-APPELLEE:**
Michael J. DiMattia (Philip A. Goldstein, *on the brief*), McGuireWoods LLP, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Barbara S. Jones, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-Appellant Eileen Venable ("plaintiff"), an attorney appearing *pro se*, appeals a grant of summary judgment for defendant-appellee Reed Elsevier, Inc. ("defendant") in an action alleging discrimination in employment and a hostile work environment in violation of Title VII of the Civil Rights Act of 1974, as amended, 42 U.S.C. § 2000e *et seq.* and 42 U.S.C. § 1981. We assume the parties' familiarity with the facts and procedural history of this action.

We review an order granting summary judgment *de novo*, drawing all factual inferences in favor of the non-moving party. *See, e.g.*, *Loeffler v. Staten Island Univ. Hosp.*, 582 F.3d 268, 274 (2d Cir. 2009). Summary judgment is appropriate only "if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c)(2).

In its careful and well-reasoned order of March 6, 2009, *Venable v. Reed Elsevier, Inc.*, No. 04-CV-3532 (BSJ), 2009 WL 585865 (S.D.N.Y. Mar. 6, 2009), the District Court properly dismissed all of plaintiff's claims. We affirm the judgment disposing of all claims for substantially the reasons stated by the District Court.

## CONCLUSION

Accordingly, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT,

Catherine O'Hagan Wolfe, Clerk of Court

2